FILED

01/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0590

GRANITE COUNTY, MONTANA, a political
Subdivision of the State of Montana,

      Plaintiff, Counter Defendant
      and Appellee,

v.

RISING SUN ESTATES, LLC, JACK
McLEOD and JOHN DOES 1-5,

      Defendants, Counter Plaintiffs
      and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the

Appellant is given an extension of time until February 12, 2022, to

prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 10 2022